**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-01427-WJM

ULYSSES BARNES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming ALJ'S Denial of Benefits, entered by the Honorable William J. Martínez, United States District Judge, on July 1, 2014,

IT IS ORDERED that the Commissioner's denial of benefits is AFFIRMED.

Dated at Denver, Colorado this   3rd   day of July, 2014.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK


                By:   s/Deborah Hansen
                Deborah Hansen, Deputy Clerk