## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 13-cv-1427-WJM

ULYSSES BARNES,

     Plaintiff,

v.

CAROLYN W. COLVIN, acting Commissioner of Social Security,

     Defendant.

---

## ORDER VACATING JUDGMENT IN FAVOR OF THE COMMISSIONER, REMANDING TO THE COMMISSIONER, AND DIRECTING ENTRY OF JUDGMENT

---

This matter is before the Court on the Mandate issued by the U.S. Court of Appeals for the Tenth Circuit.  (ECF No. 30.)  On July 1, 2014, this Court affirmed the Commissioner's decision denying Plaintiff Ulysses Barnes's ("Plaintiff") application for Social Security disability and supplemental security income benefits.  (ECF No. 22.)  On July 3, 2014, Final Judgment was entered in favor of the Commissioner and against Plaintiff.  (ECF No. 23.)

On June 18, 2015, after reviewing Plaintiff's appeal, the Tenth Circuit issued an Order and Judgment remanding the matter to this Court with instructions to remand to the Commissioner for further proceedings.  (ECF No. 29.)  The Mandate was issued on August 10, 2015.  (ECF No. 30.)

Accordingly, IT IS ORDERED that the Final Judgment (ECF No. 23) is hereby VACATED and this matter is REMANDED to the Commissioner for further proceedings

in accordance with the Tenth Circuit's decision.  The Clerk shall enter judgment against

the Commissioner and in favor of Plaintiff.  Plaintiff shall have his costs.

Dated this 11th day of August, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge