**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  13-cv-01427-WJM

ULYSSES BARNES,

    Plaintiff,

v.

CAROLYN W. COLVIN, acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to the Mandate issued by the United States Court of Appeals for the Tenth Circuit (ECF No. 30.) and the Order Vacating Judgment in Favor of the Commissioner, Remanding to the Commissioner, and Directing Entry of Judgment, entered by the Honorable William J. Martínez, United States District Judge, on August 11, 2015,

IT IS ORDERED that the Final Judgment (ECF No. 23), entered July 3, 2014, is hereby VACATED and this matter is REMANDED to the Commissioner for further proceedings in accordance with the Tenth Circuit's decision.

IT IS FURTHER ORDERED that Final Judgment is entered against the Defendant and in favor of Plaintiff Ulysses Barnes.

IT IS FURTHER ORDERED that Plaintiff shall have his costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of this Final Judgment.

Dated at Denver, Colorado this  12th  day of August 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk